

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2766-DMS |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| FELIPE RAMIREZ-RAMIREZ, | |
| Defendant. | |

The United States Attorney charges:

On or about July 22, 2008, within the Southern District of California, defendant FELIPE RAMIREZ-RAMIREZ, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 65.58 kilograms (144.27 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 19, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:lg:Imperial
8/19/08